# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

David Lopez-Guzman,

      Petitioner,

v.

Daniel Bible, Field Office Director,
Immigration and Customs (ICE), Enforcement
and Removal Operations, in his official
capacity; Raymundo Castro, Warden, South
Texas Detention Complex, in his official
capacity; William P. Barr, Attorney General,
in his official capacity; and Chad Wolf,
Acting Secretary of the Department of
Homeland Security,

      Respondents.

No. 5:20-cv-00224-XR-RBF

## ORDER

The Court enters the following Order:

1.      Notwithstanding any prior decisions rendered by the immigration court regarding bond, Respondents shall, **within ten (10) days** of the date of this order, provide Mr. Lopez-Guzman with a new, *de novo* individualized bond hearing before an immigration judge, weighing all appropriate factors. The parties may submit evidence and present arguments at the bond hearing. The immigration judge shall consider the evidence and arguments, consistent with *Matter of Guerra,* I. & N. Dec. 37, 40 (BIA 2006). The immigration judge shall articulate a complete, *de novo* decision concerning bond.

2.      This action shall be and hereby is dismissed with prejudice, with each party to bear its own costs and/or attorney's fees;

3.      Nothing in this Order or the Stipulation between the parties shall be construed as a concession of any rights or arguments by any Respondent or Petitioner; nor shall they be construed to require Respondents to provide additional bond hearings to any other alien in similar or dissimilar circumstances, nor shall this Order or the Stipulation undermine any party's litigation position in any other case in any federal or immigration court.

SIGNED this 15th day of _____July_____, 2020.

_____
XAVIER RODRIGUEZ
United States District Judge